UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORTON LILLY INTERNATIONAL INC.** | CIVIL ACTION |
| **VERSUS** | NO. |
| **M/V KINATSI, her engines, tackle, apparel, etc.** *in rem*, **and KINATSI MARITIME SA,** *in personam* | JUDGE |
| | MAGISTRATE JUDGE |

### VERIFIED COMPLAINT

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Norton Lilly International Inc. ("Norton Lilly"), and for its Verified Complaint against defendants, Kinatsi Maritime SA ("Kinatsi"), *in personam,* and the M/V KINATSI (IMO No. 9354052), her engines, boilers, tackle, furniture, apparel, appurtenance, etc., *in rem,* and stating an admiralty and maritime claim within the meaning of Rule 9(h) and Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure, respectfully represents upon information and belief as follows:

### THE PARTIES

1.

Plaintiff Norton Lilly is a corporation duly organized under the laws of the State of Alabama engaged in the business of providing steamship agency services to marine vessels.

2.

The *in rem* defendant M/V KINATSI is, upon information and belief, a 139.92 meter long, 11,697 gross ton, Filipino-flagged bulk carrier, bearing IMO No. 9354052, and is owned by

1

Kinatsi Maritime SA. Upon information and belief, Kinatsi Maritime SA is a company organized and existing under the laws of the Netherlands or some other foreign jurisdiction.

## JURISDICTION AND VENUE

3.

This court has *in rem* jurisdiction over M/V KINATSI because she is currently lying afloat in the Mississippi River within the waters of this District.

4.

The Court has subject matter jurisdiction over this action pursuant to Rule 9(h) of the Federal Rules of Civil Procedure, U.S. Constitution Article 3, Section 2 and 28 U.S.C. § 1333 and is brought pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions and the Federal Maritime Lien Act, 46 U.S.C. § 31341, *et seq*.

5.

Venue is proper in this Honorable Court pursuant to 28 U.S.C. § 1391(b).

## FACTS AND CLAIM

6.

Norton Lilly is a steamship agent for marine vessels calling in various United States ports of call, including ports located in the lower Mississippi River.

7.

Norton Lilly was retained at the request of the M/V KINATSI's owners and/or charters as the vessel's steamship agent for her call in the Mississippi River.

8.

On the order of the M/V KINATSI's owners and/or charterers, during the vessel's call in the Mississippi River between April 25, 2016 and May 3, 2016, Norton Lilly not only provided

its own agency services to the vessel, but also advanced funds required for the M/V KINATSI to conduct her activities in the port. For example, Norton Lilly paid the charges the vessel incurred in respect of, among other things, dock fees, compulsory pilotage, assist tugs, and dockage.

9.

On April 30, 2016, Norton Lilly issued its invoice for the $87,582.50 in necessaries provided by Norton Lilly to the M/V KINATSI during her call in the Mississippi River between April 25, 2016 and May 3, 2016. To date, despite several acknowledgements that this outstanding, and overdue, invoice is valid and several promises that same would be settled, it remains unpaid.

10.

The non-payment of the Norton Lilly invoices constitute a breach of the terms by which Norton Lilly furnished its own services to the M/V KINATSI and advanced the cost of the various other necessaries incurred by the M/V KINATSI.

**FIRST CAUSE OF ACTION AGAINST THE M/V KINATSI**

11.

Norton Lilly repeats and re-alleges paragraphs 1 through 10 set out hereinabove as though the same were more thoroughly set forth at length herein.

12.

Norton Lilly supplied $87,582.50 worth of "necessaries" to the M/V KINATSI on the order of her owners and/or charterers, within the meaning of the Federal Maritime Lien Act, 46 U.S.C. § 31341, *et seq.*, which sums were properly invoiced by Norton Lilly but remain unpaid.

13.

The failure to reimburse Norton Lilly for its supply of necessaries to the M/V KINATSI gives rise to a maritime lien over said vessel for which the vessel is liable directly in accordance with the Federal Maritime Lien Act, 46 U.S.C. § 31341, *et seq.*

WHEREFORE, plaintiff, Norton Lilly International Inc. prays:

A. That Norton Lilly International Inc. have judgment hereon in the principal amount of $87,582.50, together with pre-judgment and post-judgment interest, attorneys' fees and costs, including but not limited to *custodia legi* expenses incurred in connection with the requested arrest of the M/V KINATSI; and

B. That process *in rem* pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims be issued against defendant M/V KINATSI, her engines, boilers, tackle, etc., placing the vessel under the arrest, custody and control of the United States Marshals Service of this District;

C. That the defendant M/V KINATSI, her engines, tackle, apparel, furniture and equipment and all other appurtenances and additions, improvements, and replacements belonging thereto, be condemned and sold to pay the demands and claims aforesaid with interest, attorneys' fees and costs, and *custodia legis* costs due plaintiff as alleged herein;

D. Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshals Service, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the vessel;

E. That plaintiff may have such other, further and different relief as the Court deems just and proper.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   */s/ Adam N. Davis*
      Evans Martin McLeod (Bar #24846)
      Adam N. Davis (Bar #35740)
      Canal Place | 365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: 504-566-1311
      Telecopier: 504-568-9130
      Email: marty.mcleod@phelps.com
             adam.davis@phelps.com

ATTORNEYS FOR PLAINTIFF NORTON LILLY INTERNATIONAL INC.

**PLEASE ISSUE A WARRANT OF ARREST AGAINST THE M/V KNATSI (IMO No. 9354052) PRESENTLY LOCATED AT LA GRANGE ANCHORAGE (MILE 65)**